**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY No.: 19-50188 |
| Cary Lee Deason, | |
| Debtor. | |
| J. Richard Stermer, Trustee, | ADV No.: 20-5027 |
| Plaintiff, | |
| v. | |
| 2 C Properties, LLC, Stacy Deason, Chanda Egge, and BMO Harris Bank N.A., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Kari Fogarty, under penalty of perjury, state that on the 2nd day of September, 2020, I served the following:

1. Summons; and
2. Complaint

upon:

Stacy Deason
11171 Town Hall Street
Brainerd, MN 56401

Chanda Egge
23783 233rd Street
Pierz, MN 56364-1957

Officer/Managing Agent
2 C Properties LLC
23783 233rd Street
Pierz, MN 56364-1957

Officer/Managing Agent
BMO Harris Bank N.A.
111 W. Monroe Street
Chicago, IL 60603

via First Class and Certified Mail, return receipt requested and Aaron Chapin via email at aaron.chapin@huschblackwell.com

Dated: September 2, 2020

*/e/ Kari Fogarty*
Kari Fogarty